

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-24-00379-CV

---

ONE CHOICE PHYSICIANS CORP. AND ALLEGIANT CARE PHYSICIAN GROUP, Appellants

V.

UNITED HEALTHCARE INSURANCE COMPANY, UNITED HEALTHCARE OF TEXAS INC., AND UNITED HEALTHCARE BENEFITS OF TEXAS, INC., Appellees

---

On Appeal from the 96th District Court
Tarrant County, Texas
Trial Court No. 096-354970-24

---

Before Wallach, Kerr, and Walker, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: September 26, 2024